IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| LESEA, INC., et al. | ) |
|       Plaintiffs, | ) Civil Action No. 3:18-cv-914-PPS-MGG |
| v. | ) |
| LESEA BROADCASTING CORPORATION, et al. | ) |
|       Defendants. | ) |
| LESTER SUMRALL, et al; | ) |
|       Counterclaim Plaintiffs and Third-Party Plaintiff, | ) |
| v. | ) |
| LESEA, INC., et al. | ) |
|       Counterclaim Defendants and Third-Party Defendants. | ) |

**MOTION FOR ATTORNEY'S FEES ATTORNEYS' FEES UNDER 17 U.S.C. § 505 AND IND. CODE § 32-36-1-12**

Counterclaim Defendants (i) Family Broadcasting Corporation f/k/a LeSEA Broadcasting, LeSEA, Inc., and LeSEA Global Feed The Hungry, Inc. and Third-Party Defendants (ii) Stephen P. Sumrall; David M. Sumrall; Angela N. Grabowski; Andrew J. Sumrall; and Adam Sumrall (together, the "Defendants") respectfully submit this Motion for Attorneys Fees . The bases for this motion are set forth in the Memorandum in Support Of Motion Or Attorneys Fees Under 17 U.S.C. § 505 And Ind. Code § 32-36-1-12.

Wherefore, Defendants pray this Court grant the request for fees and any other relief this Court deems just and proper.

Dated: September 6, 2023

By: /s/ Louis T. Perry
Louis T. Perry (IN 257363-49)
FAEGRE DRINKER BIDDLE & REATH LLP
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: 317-237-0300
Facsimile: 317-237-1000
Louis.Perry@faegredrinker.com

***Attorney for Plaintiffs, Counterclaim Defendants and Third-Party Defendants***

/s/ *David L. Mirkin* (with permission)
David L. Mirkin (#10258-22)
MIRKIN LAW OFFICES, P.C.
205 West Jefferson Blvd., Ste. 205
South Bend, IN 46601
dmirkin@mirkinlaw.com
Telephone: (574) 232-1000
Fax: (574) 232-7730

***Attorney for Stephen Sumrall***

/s/ *James M. Hinshaw* (with permission)
James M. Hinshaw (#16744-49)
DENTONS BINGHAM GREENEBAUM LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204
james.hinshaw@dentons.com
Telephone: (317) 635-8900
Fax: (317) 236-9907

***Attorney for David M. Sumrall***