IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| LESEA, INC., et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 3:18-cv-914-PPS-MGG |
| | ) | |
| v. | ) | |
| | ) | |
| LESEA BROADCASTING CORPORATION, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| LESTER SUMRALL, et al; | ) | |
| | ) | |
| Counterclaim Plaintiffs and Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LESEA, INC., et al. | ) | |
| | ) | |
| Counterclaim Defendants and Third-Party Defendants. | ) | |

**DECLARATION OF LOUIS T. PERRY IN SUPPORT OF MOTIONS FOR (I) SANCTIONS AND ATTORNEYS' FEES UNDER 28 U.S.C. § 1927 AND (II) ATTORNEYS' FEES UNDER 17 U.S.C. § 505 AND IND. CODE § 32-36-1-12**

Pursuant to 28 U.S.C. § 1746, I, Louis T. Perry, hereby declare as follows:

1. I am more than eighteen (18) years of age; I am competent to make this declaration and I have personal knowledge of the facts stated herein. I am competent to and would testify to such facts under oath if asked to do so.

2. I am a partner at the law firm of Faegre Drinker Biddle and Reath LLP, and counsel of record for Family Broadcasting Corporation f/k/a LeSEA Broadcasting ("FBC"); LeSEA, Inc. ("LeSEA"), LeSEA Global Feed the Hungry, Inc. ("LeSEA Global"); Andrew Sumrall

1

("Andrew"); Adam Sumrall ("Adam"); David M. Sumrall ("David") and Angela Grabowski ("Angela"). Stephen Sumrall ("Stephen") is represented by David. M. Mirkin, and the foregoing parties are referenced collectively herein as "Defendants").

3. I make this declaration in support of the Defendants' Motions for (I) Sanctions and Attorneys' Fees Under 28 U.S.C. § 1927 and (II) Attorneys' Fees Under 17 U.S.C. § 505 and Ind. Code § 32-36-1-12.

4. Attached as Exhibit A is a May 6, 2021 letter demanding a withdrawal of claims sent from Defendants' counsel to Channing Blair Hesse, counsel for Lester Sumrall. The basis for the demand was chain of title issues with respect to Frank Sumrall's supposed claims. Specifically, the assignment that purportedly transferred Frank Sumrall's claims into the Lester Sumrall Family Trust pre-dated the formation of the Lester Sumrall Family Trust. Ms. Hesse refused to dismiss the matter.

5. Attached as Exhibit B is a June 10, 2021 letter demanding a withdrawal of claims sent from Defendants' counsel to Channing Blair Hesse, counsel for Lester Sumrall. The basis for the demand was recently produced text messages between Frank Sumrall and Stephen Sumrall disproving Lester's allegation that the first time Frank Sumrall learned of Dr. Sumrall's will was April 25, 2017. The text messages indicated that Frank Sumrall knew of the will at least as early as March 9, 2017. Many of Lester's claims had a two year-statute of limitations and this newly discovered evidence indicated that they were time-barred. Ms. Hesse refused to dismiss the matter.

6. Attached as Exhibit C is a June 28, 2021 letter demanding a withdrawal of claims sent from Defendants' counsel to Channing Blair Hesse, counsel for Lester Sumrall. The basis for the demand was the just-completed deposition of Frank Sumrall in which he testified that he knew about the will in 1996 and discussed the 2005 Power of Attorney he executed in Lester's favor to

represent him in connection with recovery of his inheritance.  This was further evidence that the claims were time-barred, but Ms. Hesse again refused to dismiss the case.

7. Attached as Exhibit D is a November 11, 2021 letter demanding a withdrawal of claims from Defendants' counsel to Channing Blair Hesse, counsel for Lester Sumrall.  The basis for the letter was the futility of certain copyright infringement claims Lester made in connection with the Dr. Sumrall Teaching Series and the written works.  Ms. Hesse once again refused to dismiss any claims.

8. Attached as Exhibit E is a February 14, 2022 letter from Defendants' counsel to Channing Blair Hesse, counsel for Lester Sumrall, regarding violations of the Court's discovery order.  Specifically, Ms. Hesse used this Court's order authorizing an inventory of personal property allegedly belonging to Dr. Sumrall at his death and stored in LeSEA's basement as an opportunity to search records stored file cabinets that were never identified as potentially being Dr. Sumrall's property.  Indeed, such file cabinets contained business records and attorney-client privileged information.

9. Attached as Exhibit F is an April 13, 2023 letter from Defendants' counsel to Channing Blair Hesse, counsel for Lester Sumrall, regarding misrepresentations to the Court at the summary judgment phase of this proceeding and discovery violations.

10. Attached as Exhibit G are July 10, 2020 initial disclosures sent by Counterclaim Plaintiff Lester Sumrall individually and on behalf of the Lester Sumrall Family Trust claiming at least $92,000,000 in damages.

11. Attached as Exhibit H is an excerpt from a deposition of Lester Sumrall that occurred on October 5, 2021.

I affirm under penalty of perjury that the foregoing is true and correct.

Executed on September 6, 2023.

                                                  */s/ Louis T. Perry*
                                                  Louis T. Perry