**UNITED STATES DISTRICT COURT**
**FOR THE USDC Northern Indiana**
**SOUTH BEND DIVISION**

Lester Sumrall, et al.
                Plaintiff,

v.                                         Case No.: 3:18−cv−00914−PPS
                                                Judge Philip P Simon

Adam Sumrall, et al.
                Defendant.

## NOTICE OF COSTS TO BE TAXED

TO ALL COUNSEL AND/OR PARTIES OF RECORD:

Pursuant to [390] Bill of Costs, filed by Family Broadcasting Corporation, Angela N Grabowski, LeSEA Inc, David M Sumrall, Andrew J Sumrall, LeSEA Global Feed The Hungry Inc, Stephen P Sumrall, Adam Sumrall , costs will be taxed in the above−captioned cause of action in the amount of $ 14,319.60 on 9/21/2023 if no objections are filed.

Date:  September 7, 2023                      CHANDA J. BERTA
                                                            CLERK OF COURT

                                                             By:  s/   Michele Murray
                                                                      Deputy Clerk