**UNITED STATES DISTRICT COURT**
**FOR THE USDC Northern Indiana**
**SOUTH BEND DIVISION**

Lester Sumrall, et al.

                   Plaintiff,

v.                                      Case No.: 3:18−cv−00914−PPS

                                      Judge Philip P Simon

Adam Sumrall, et al.

                   Defendant.

---

## <u>NOTICE OF COSTS TAXED</u>

TO ALL COUNSEL AND/OR PARTIES OF RECORD:

    Pursuant to [396] Notice that Costs will be Taxed by Clerk, , Costs are hereby taxed in the amount of $14,319.60 against Lester Sumrall; et al .

Date:  September 22, 2023              CHANDA J. BERTA
                                      CLERK OF COURT

                                      By:  s/   Michele Murray
                                          Deputy Clerk